Florence B. Robinson, appellee, v. William A. Rogan et al., appellants. Gen. No. 31,684.

Action to recover damages for malicious prosecution. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Worth E. Caylor, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Reversed and remanded. Opinion filed December 27, 1927.

Sims, Welch, Godman & Stransky, Anderson & Clarke and Anderson & Roche, for appellants; Elwood G. Godman, Earle C. Hurley, Norman K. Anderson and C. Hilding Anderson, of counsel. Keehn, Woods & Weisl and Bernhardt Frank, for appellee; Edward G. Woods and Bernhardt Frank, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Eleanor M. Stallbohm, appellant, v. The Board of Education of the City of Chicago and William McAndrew, superintendent of schools of Chicago, appellees. Gen. No. 31,990.

Mandamus to compel issuance of school teacher's certificate, and to furnish position and salary. Writ refused. Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Affirmed. Opinion filed December 27, 1927.

McGinnis & Sadoski, for appellant. James Todd, for appellees; Frank S. Righeimer, Ralph W. Condee and Wharton Plummer, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

Charles C. Giddings and Mary E. Giddings, appellees, v. Donald S. Williams and Mrs. Donald S. Williams, appellants. Gen. No. 32,033.

Action to recover rent. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Affirmed. Opinion filed December 27, 1927. Rehearing denied January 9, 1928.

Edwin Terwilliger, Jr., and George L. Pilkington, for appellants. Vail, Roe & Plamondon, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

---

Ralph B. Waite, trading as Ralph B. Waite Piano Company, appellant, v. Francis A. Williams, appellee. Gen. No. 32,089.

Replevin for piano under conditional sales contract. Writ of *retorno habendo*. Appeal from the Municipal Court of Chicago; the Hon. Joel C. Fitch, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Reversed and remanded. Opinion filed December 27, 1927.

Judson L. Parker and Joseph E. Winterbotham, for appellant. Max Haleff, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.